UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREYROCK DRILLING & PILEDRIVING LLC, et al., <br><br> Defendants. | CASE NO. C23-1320 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court ordered the parties to file a joint status report by no later than November 6, 2023. (Dkt. No. 7.) The parties did not file a joint status report by that date. But the Court has granted Plaintiffs' Motion for Default and entered default against Defendants. (Dkt. No. 12.) Plaintiffs must either move for default judgment or file a joint status report within 21 days of this Minute Order. Failure to comply with this Minute Order may lead to dismissal without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed November 8, 2023.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2